IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE DEVON THOMAS, ) <br> AIS # 171142, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALABAMA, *et al.,* ) <br> ) <br> Respondents. ) | CIVIL ACTION NO.  2:08cv891-WHA |

**OPINION and ORDER**

On January 7, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the instant 28 U.S.C. § 2254 petition for habeas corpus relief be and is hereby DISMISSED with prejudice.

Done this 27th day of January 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE